# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

In Re: Kevin A Bequir     Case Number: 1:12-bk-10691   Ch: 7

**MOVANT/APPLICANT/PARTIES:**

```
(Doc. ##32, 33) Loss Mitigation Notice/Request
(Doc. ##39, 40) Objection to Loss Mitigation Request
```

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons stated during the bench decision rendered by this Court on May 1, 2013, RBS Citizens Bank, N.A.'s objections to the Debtor's loss mitigation requests on the first and second mortgage loans are overruled and Debtor's requests for loss mitigation are granted.

IT IS SO ORDERED:

*Diane Finkle*    Dated: 5/1/2013

Diane Finkle, U.S. Bankruptcy Judge